**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**F I L E D**

**March 19, 2008**

**Clerk, U.S. Bankruptcy Court**

1

**Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is:N/A**

2

3

4

5

6

7

FRANK R. ALLEY
U.S. Bankruptcy Judge

8

9

10

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

11

| | | |
|---|---|---|
| In re Cheryl C. Nichols, | ) | Case No.  06-61306-aer7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| United States Trustee, | ) | Adversary No. 07-06056-fra |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATED JUDGMENT AND |
| v. | ) | ORDER FOR PERMANENT |
| | ) | INJUNCTION |
| Barry L. Taub aka Oregon Justice Project aka B. Taub Debt Clinic aka Bankruptcy Discount Prices aka A Bankruptcy-Discount Prices aka B. Taub Paralegal aka Barry L. Taub, Paralegal, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

22

23

## RECITALS

24

A.  This Adversary Proceeding, Adversary Case N. 07-06056-fra ("Adversary Case"),

25

arises in the Chapter 7 bankruptcy case of *In re Cheryl C. Nichols*, Case No. 06-61306-aer7.

26

B.  Plaintiff, Robert D. Miller, Acting United States Trustee for Region 18 ("UST"), has

Page 1 - STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

1   standing to bring this action under 11 U.S.C. §§ 110(j)(1) and 307.  The UST brings this action

2   based on the statutory authority to regulate the administration of bankruptcy cases as set forth in

3   11 U.S.C. § 307 and 28 U.S.C. § 586.   Each of the UST's claims constitutes a core proceeding

4   under 28 U.S.C. § 157.

5       C.  Defendant Barry L. Taub is a bankruptcy petition preparer (hereinafter "BPP"), as that

6   term is defined in 11 U.S.C. §110(a)(1), in all of the cases listed in Attachment #1, attached

7   hereto, and fully incorporated herein by reference.

8       D.  Defendant has advertised his bankruptcy preparation services under several assumed

9   business names including "Oregon Justice Project", "B. Taub Debt Clinic", "Bankruptcy

10  Discount Prices", "A Bankruptcy-Discount Prices", "B. Taub Paralegal", and "Barry L. Taub,

11  Paralegal" (hereinafter collectively referred to herein as "Defendant").

12      E.  Defendant previously advertised his services under an assumed business name of "$99

13  and Up" and "Bankruptcy $99".  On September 7, 2001, in _U.S. Trustee v. Barry L. Taub,_

14  Adversary Case No. 601-6022-fra, the U.S. Bankruptcy Court for the District of Oregon entered

15  judgment ("the 2001 Judgment") permanently enjoining Defendant from advertising his services

16  for "$99 and Up" without further detail, and from using the phone listing and/or assumed

17  business name of "Bankruptcy $99", finding that Defendant's advertising practices constituted

18  unfair, deceptive and fraudulent conduct pursuant to 11 U.S.C. § 110.

19      F.  Four bankruptcy cases involving Defendant as a BPP were consolidated in

20  _U.S. Trustee v. Barry L. Taub,_ Adversary Case No. 601-6022-fra.  Of the four cases, the Court

21  found  in _In re Joel and Katherine Greenwaldt_, Case No. 600-67210-aer7 that Defendant's

22  conduct constituted unauthorized practice of law and ordered Defendant's fees to be disgorged.

23  The United States District Court for the District of Oregon affirmed the bankruptcy court's ruling

24  in favor of the UST.  On March 5, 2004, in _Taub v. Weber,_ 366 F.3d 966 (9th Cir. 2004), the

25  Ninth Circuit affirmed the finding of the U.S. Bankruptcy Court for the District of Oregon, that

26

Page 2 - STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

1  the Defendant had engaged in the unlawful practice of law by interpreting the terms "market

2  value" and "secured claim or exemption" in connection with completion of bankruptcy forms.

3       G.  On December 7, 2004, the Lane Circuit Court of the State of Oregon in *Oregon State*

4  *Bar v. Barry L. Taub,* Case No. 16-00-18160, entered a General Judgment for Injunctive Relief

5  permanently enjoining the Defendant from the unlawful practice of law (the "2004 Injunction").

6       H.  Defendant has acted as a BPP as defined in 11 U.S.C. § 110, under the Bankruptcy

7  Abuse Prevention and Consumer Protection Act of 2005, in numerous consumer Chapter 7 and

8  Chapter 13 bankruptcy cases filed in the United States Bankruptcy Court for the District of

9  Oregon, Eugene Division.

10       I.  Defendant continues to be Pro Se in this case, except Defendant has had independent

11  legal counsel from attorney John C. Fisher for the purpose of negotiating the terms and

12  provisions in this Stipulated Judgment and Order for Permanent Injunction ("Judgment").  Mr.

13  Fisher has approved the Judgment as to form and his representation of Defendant terminates

14  upon execution and entry of this Judgment.

15       J.  Subject to the Court's approval, the Defendant and the UST have agreed to settle this

16  Adversary Case, based on the terms, conditions and court's orders in this Judgment.

17       BASED UPON the stipulation of the Parties, appearing below, and the Court being fully

18  advised,

19       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

20       1.    **Permanent Injunction Against Defendant.**  The Stipulated Order for

21  Preliminary Injunction Against Defendant, filed on or about May 18, 2007 in Adversary Case

22  No. 07-06056-fra, referenced as Docket Entry #18 , shall be fully and completely incorporated

23  herein by reference, but shall immediately be deemed **permanent** and shall remain in full force

24  and permanent effect in its entirety, including without limitation, entry of a permanent injunction

25  against the Defendant permanently enjoining the Defendant and any and all affiliates, agents,

26

1  shareholders, principals, officers, directors, servants, employees, associates, assigns, successors,

2  assumed business names, and any all persons or entities in active concert and participation with

3  Defendant from providing assistance in any way in any bankruptcy related matter, or acting or

4  advertising as a BPP or violating 11 U.S.C. § 110 in any way.

5      **2.    Forfeiture of Fees**:   Attached hereto and marked as Exhibit #1, is a list of related

6  open cases ("Open Cases"), that the UST identified and consolidated to pursue Defendant for

7  11 U.S.C. § 110 violations in this Adversary Case as of February 21, 2008.  Defendant shall

8  forfeit all fees in all of the Open Cases, as follows:

9          a)      Defendant shall forfeit and refund in full, all of the fees collected from

10  each debtor identified in the Open Cases listed on Exhibit #1, no later than thirty (30) days from

11  the entry of the Judgment in this Adversary Case.

12          b)      Refunds shall be made payable directly to each debtor identified in the

13  Open Cases, unless otherwise directed by an appointed Chapter 7 trustee within ten (10) days

14  from the entry of the Judgment, in which case the refund will be made payable to a specific

15  bankruptcy estate, as identified and directed by the panel trustee, duly appointed as of February

16  21, 2008.  This Order does not effect any individual's entitlement, to assert an exemption under

17  § 522(b) for any refunded fees, as provided under 11 U.S.C. § 110 (h)(3)(C).

18          c)      Defendant shall tender and pay to each respective payee, all forfeited fees

19  in full, no later than thirty (30) days after entry of the Judgment.

20          d)      Not later than forty-five (45) days after entry of the Judgment, Defendant

21  shall provide written proof and an accounting identifying the names of the payees, their

22  addresses, and the sum refunded, to the UST that Defendant has fully and timely refunded all

23  forfeited fees in all of the Open Cases.

24          e)      Not later than sixty (60) days after entry of the Judgment, Defendant shall

25  provide to the UST, written notification and an accounting, and copies of all tendered refunds

26

1  that were returned to Defendant for any reason, identifying the name of the intended payee, the

2  payee's address and phone number(s), and any other contact information that Defendant has for

3  the payee.

4          f)    Not later than sixty (60) days after entry of the Judgment, Defendant shall

5  file, under penalty of perjury, a Certification ("Defendant's Refund Certification") with the Court

6  and serve a copy on the UST, certifying that Defendant has fully and timely refunded all forfeited

7  fees in all of the Open Cases and, Defendant shall also fully identify the name of all payees in

8  which tendered fees were not cashed and/or returned for any reason (collectively "Returned

9  Refunds"), the reason for the Returned Refunds for each Open Case, and list all efforts made by

10  Defendant to tender refunds to the intended payee including all attempted addresses, phone

11  number(s), and other contact information.

12          g)    Not later than forty-five days (45) after Defendant's Refund Certification

13  has been filed with the Court and served on the UST, the UST may provide additional written

14  contact information involving the Returned Refunds to Defendant.  Thereafter, Defendant shall

15  pay the Returned Refunds to the identified payee(s) no later than seven (7) days after written

16  notice from the UST and file an Amended Defendant's Refund Certification, under penalty of

17  perjury, with the Court within fourteen (14) days that Defendant has satisfied the order to refund

18  payees in all Open Cases.

19          h)    Except for bankruptcy related matters subject to the Stipulated Order for

20  Preliminary Injunction Against Defendant, filed on or about May 18, 2007 in Adversary Case

21  No. 07-06056-fra, referenced as Docket Entry #18 in this Adversary Case, Defendant will not be

22  required to refund fees in bankruptcy cases that were not filed, open, or identified prior to

23  February 21, 2008, including the "Cases Not Re-opened" by the UST, listed in Exhibit E (dated

24  2/11/08) to the UST's Discovery Plan filed on November 15, 2007.

25         3.    **Fines**:  Pursuant to 11 U.S.C. § 110, Defendant shall be assessed fines in the sum

26

Page 5 - STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

1    of $100,000, made payable to the UST, or as otherwise directed by the UST, for all bankruptcy

2    related matters or cases prior to the date of February 21, 2008, in which Defendant acted as a

3    Bankruptcy Petition Preparer ("BPP"), as defined under 11 U.S.C. § 110(a)(1).

4            a)       Payment of the $100,000 fine is hereby *suspended* conditioned on

5    Defendant's complete and timely compliance and satisfaction in full of the terms, conditions and

6    court orders in this Judgment, including but not limited to all terms, conditions and court orders

7    in the Stipulated Order for Preliminary Injunction Against Defendant, filed on or about May 18,

8    2007 (Docket # 18), or further order of the Court.

9            4.    **Cheryl Nichols - Actual Damages:**  Defendant shall pay Cheryl Nichols the sum

10   of $9,000 in actual damages plus $2,000 in statutory damages (collectively "Actual Damages") as

11   provided under 11 U.S.C. §§ 110(i)(1)(A) and (B).  Payment shall be made payable directly to

12   Cheryl Nichols no later than thirty (30) days from the entry of the Judgment in this Adversary

13   Case.  No later than forty-five (45) days after entry of the Judgment, Defendant shall provide

14   written proof to the UST that Defendant has fully and timely refunded Cheryl Nichols her Actual

15   Damages.  No later than sixty (60) days after entry of the Judgment, Defendant shall include in

16   Defendant's Certification, that Defendant has fully and timely paid Cheryl Nichols her Actual

17   Damages in the total sum of $11,000 as ordered herein.

18           5.    **UST's Costs and Attorney Fees:**  The UST shall be awarded its costs and

19   attorney fee.

20           a)       No later than sixty (60) days after entry of this Judgment, Defendant shall

21   pay the UST's costs in the sum of $5,000, made payable to the UST or as otherwise directed by

22   the UST.

23           b)       Payment of the UST's claim for reimbursement of attorneys' fees, made

24   payable to the UST, or as otherwise directed by the UST, in the sum of $15,000, is hereby

25   *suspended*, conditioned on Defendant's full and timely compliance and satisfaction with all of

26

Page 6 - STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

1   the terms, conditions and court orders in this Judgment in its entirety, and compliance with all of

2   the terms, conditions and court orders in the Stipulated Order for Preliminary Injunction Against

3   Defendant, filed on or about May 18, 2007 (Docket # 18), or upon further order of the court.

4       6.      Defendants Barry L. Taub aka Oregon Justice Project aka B. Taub Debt Clinic aka

5   Bankruptcy Discount Prices aka A Bankruptcy-Discount Prices aka B. Taub Paralegal aka Barry

6   L. Taub, Paralegal, shall be jointly and severally liable for all terms, conditions and orders herein,

7   including but not limited to the Court's order that Defendant pay all refunds, disgorgement of

8   fees, fines, actual damages, and the UST's costs and attorneys fees ordered herein.

9       7.      Nothing in the Judgment shall limit any and all of the UST's remedies available

10  by law to enforce the terms of the Judgment in any way.

11      8.      This Adversary Case shall remain open pending further order of the Court to

12  allow the undersigned Parties to satisfy the provisions, terms and court orders in the Judgment

13  regarding Defendant's forfeiture and refund of fees, payment of Actual Damages, and payment of

14  the UST's costs.

15      9.      The Court shall retain jurisdiction over this matter for all purposes, as may be

16  necessary or to enforce compliance with any of the provisions or orders of this Judgement, and/or

17  to punish for violations of any provisions or orders of this Judgment, including but not limited to

18  assessing additional fines, disgorgement of fees, damages, and/or recovery of additional UST's

19  attorneys fees and costs incurred to enforce any violation or orders of this Judgment or contempt

20  of Court.

21      10.     The _suspended_ fine referred to in paragraph 3 above in the sum of $100,000, and

22  the _suspended_ award for the UST's attorneys' fees referenced in paragraph 5(b) above in the sum

23  of $15,000, shall not be a lien or encumbrance of any kind on the property of the Defendant

24  unless further order of the Court is entered against the Defendant pursuant to paragraph 9 above.

25                                          # # #

26

Page 7 - STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

1  IT IS SO STIPULATED:

2

3  ROBERT J. MILLER                        BARRY L. TAUB AKA OREGON
   Acting United States Trustee            JUSTICE PROJECT AKA B. TAUB DEBT
                                           CLINIC AKA BANKRUPTCY DISCOUNT
4                                          PRICES AKA A BANKRUPTCY-DISCOUNT
                                           PRICES AKA B. TAUB PARALEGAL AKA
5                                          BARRY L. TAUB, PARALEGAL ACTING
                                           UNITED STATES TRUSTEE
6

7
   By: /s/ P. Rebecca Kamitsuka            By: /s/ Barry L. Taub
8      P. Rebecca Kamitsuka, OSB #933261       Barry L. Taub, Individually and as
       Attorney for the United States Trustee   Defendants, Pro Se
9      Wayne L. Morse Courthouse
       405 E. 8th Avenue, Suite 1100
10     Eugene, Oregon 97401-2706
       Phone: (541) 465-6330
11

12                                         JOHN C. FISHER
                                           Attorney For Defendant Barry L. Taub, Individually
13                                         and Defendants Pro Se, For Settlement Purposes
                                           Only and Approved as to Form (See Recital I, page
14                                         3 above).

15

16                                         By: /s/ John C. Fisher
                                              John C. Fisher, OSB #771750
17                                            767 Willamette Street, Suite 201
                                              Eugene, Oregon 97401
18                                            Phone: (541) 485-3153

19  Presented by:

20  ROBERT D. MILLER, JR.
    ACTING UNITED STATES TRUSTEE
21

22
    /s/ P. Rebecca Kamitsuka
23  P. Rebecca Kamitsuka, OSB #933261
    Attorney for the United States Trustee
24  Wayne L. Morse Courthouse
    405 E. 8th Avenue, Suite #1100
25  Eugene, Oregon 97401
    Phone: (541) 465-6330
26

Page 8 - STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

cc: P. Rebecca Kamitsuka, Attorney for the United States Trustee
    Thomas A. Huntsberger, Chapter 7 Trustee
    Ronald R. Sticka, Chapter 7 Trustee
    Eric Roost, Chapter 7 Trustee
    Tracy Trunnell, Chapter 7 Trustee
    Fred Long, Chapter 13 Trustee

**Conventional Service:**

    Barry L. Taub
    492 East 13th Avenue, Suite 101
    Eugene, Oregon 97401
        (Defendant, Pro Se)

    Mr. John Fisher, Esq.
    767 Willamette Street, Suite 201
    Eugene, Oregon 97401
        (Defendant's Attorney For Settlement Only)

    Cheryl L. Nichols
    2535 Willakenzie, #2
    Eugene, Oregon 97410
        (Debtor)

    See Exhibit #2  for Debtors in Related Open Cases

# EXHIBIT #1

| Vol. | Ex. No. | Debtor(s) | Case No. | Trustee (current or former) | Fee | Note |
|------|---------|-----------|----------|------------------------------|-----|------|
| 3 | 37 | Alukonis, Irene | 06-60915-fra7 | TH | 499.00 | |
| 4 | 62 | Andrews, Terri | 06-61957-aer7 | TH | 399.00 | |
| 3 | 33 | Apparcel, April | 06-60868-aer7 | RS | 399.00 | |
| 2 | 26 | Ausmus, David | 06-60630-fra7 | TH | 399.00 | |
| 4 | 57 | Barclay, Stephen Barclay, Sheri | 06-61662-aer7 | RS | 499.00 | |
| 8 | 107 | Bardwell, Janice | 07-60870-fra7 | TH | 499.00 | |
| 5 | 69 | Barlow, Ervin Barlow, Karen | 06-62421-fra7 | TH | 499.00 | |
| 3 | 45 | Beaver, James Beaver, Sadonna | 06-61216-fra7 | TH | 275.00 | |
| 4 | 47 | Benitez, Alma | 06-61246-aer7 | TH | 399.00 | |
| 10 | 140 | Blackwell, Richard Blackwell, Tamra | 07-60932-aer7 | TH | 599.00 | |
| 9 | 119 | Bleeker, Janet | 07-60974-aer7 | RS | 549.00 | |
| 10 | 139 | Bounds, Rocky Bounds, Delyn | 07-60922-aer7 | TH | 699.00 | |
| 1 | 13 | Bowden, Jeremy Bowden, Megan | 06-60334-aer7 | TT | 349.00 | |
| 6 | 78 | Bower, Deana | 07-60126-fra7 | RS | 499.00 | |
| 9 | 122 | Braden, Joey | 07-61550-aer7 | TH | 499.00 | |
| 6 | 79 | Bryant, Mathew Bryant, Jennifer | 07-60128-aer7 | RS | 399.00 | |
| 5 | 68 | Brown, Alan | 06-62387-aer7 | RS | 499.00 | |
| 8 | 100 | Budd, Thomas | 07-60575-aer7 | TH | 499.00 | |
| 7 | 89 | Burwell, Marsha | 07-60342-aer7 | TH | 499.00 | |
| 5 | 65 | Cagle, Danny Cagle, Loretta | 06-62309-fra7 | RS | 599.00 | |
| 3 | 36 | Casten, John | 06-60908-fra7 | TH | 275.00 | |
| 8 | 104 | Chenoweth, Theresa | 07-60659-fra7 | TH | 499.00 | |
| 4 | 53 | Clocksin, Patrick Clocksin, Sabrina | 06-61478-fra7 | TH | 499.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | 39 | Cortez, Linda | 06-60994-aer 7 | RS | 275.00 | |
| 4 | 46 | Crider, Lorna | 06-61227-aer 7 | TH | 399.00 | |
| 6 | 80 | Curl, Connie | 07-60151-aer 7 | RS | 499.00 | |
| 3 | 31 | Daggs, Minnie | 06-60827-fra7 | RS | 275.00 | |
| 3 | 32 | Denson, Christopher | 06-60836-aer 7 | ER | 275.00 | |
| 8 | 108 | Dinneen. Lisa | 07-60895-aer 7 | RS | 399.00 | |
| 7 | 96 | Dixon, Tori | 07-60479-fra7 | RS | 599.00 | |
| 4 | 52 | Enockson, Brenda | 06-61392-fra7 | RS | 499.00 | |
| 10 | 138 | Fister, Roy Fister, Amanda | 07-60837-aer 7 | TH | 599.00 | |
| 4 | 50 | Garrelts, Stephanie | 06-61365-aer 7 | RS | 499.00 | |
| 5 | 72 | Gawrylow, Steven | 06-62615-fra7 | RS | 599.00 | |
| 1 | 2 | Gilmore, Holley Gilmore, Kimberley | 06-60038-aer 7 | ER | 599.00 | |
| 9 | 124 | Grace, Richard Grace, Socorra | 07-61251-aer 13 | FL | 599.00 | |
| 1 | 11 | Gronsdahl, Melody | 06-60245-aer 7 | TH | 275.00 | |
| 2 | 28 | Grumbley, George | 06-60738-aer 7 | RS | 275.00 | |
| 10 | 137 | Gum, David | 07-60889-fra7 | TH | 499.00 | |
| 2 | 21 | Guy, Emily | 06-62049-fra7 | TH | 399.00 | |
| 3 | 42 | Hackathorn, Melissa | 06-61024-fra7 | RS | 599.00 | |
| 6 | 85 | Hall, Diana | 07-60288-aer 7 | TH | 499.00 | |
| 2 | 20 | Hansen, Ronald | 06-60572-fra7 | TH | 499.00 | |
| 3 | 35 | Hewitt, Jeffrey Hewitt, Karrie | 06-60907-aer 7 | TH | 499.00 | |
| 10 | 136 | Hildenbrand, | 07-61209-aer | TH | 499.00 | |
| 7 | 87 | Hill, Ricky Hill, Robbi | 07-60313-fra7 | TH | 499.00 | |
| 1 | 15 | Hubbard, Laura | 06-60384-fra7 | RS | 399.00 | |
| 9 | 129 | Hughes, Heather | 07-61565-aer 7 | TT | 499.00 | |
| 6 | 81 | Hughes, Norman Hughes, Michele | 07-60154-aer 7 | RS | 599.00 | |
| 4 | 64 | Hull, Daniel | 06-62271-aer 7 | TH | 499.00 | |
| 6 | 82 | Johnson, Michael | 07-60205-aer 7 | TH | 499.00 | |
| 2 | 30 | Kent, Kim | 06-60825-fra7 | RS | 499.00 | |
| 1 | 9 | Kingery, James Kingery, Pamela | 06-60225-fra7 | RS | 499.00 | |
| 9 | 125 | Kochen, Shawn | 07-61302-aer 7 | RS | 599.00 | |
| 10 | 135 | LaBarbera, Vincent LaBarbera, Teresa | 07-61325-aer 7 | RS | 699.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 | Lane, Annemarie | 06-60025-fra7 | TH | 699.00 | |
| 3 | 43 | Latta, MaryAnn | 06-61048-fra7 | RS | 499.00 | |
| 7 | 93 | Leeds, Tony | 07-60433-fra7 | RS | 499.00 | |
| 10 | 134 | Lethcoe, Ruby | 07-60839-aer7 | TH | 599.00 | |
| 10 | 132 | Lynch, Rebekah | 07-61235-aer7 | TH | 399.00 | |
| 3 | 41 | Marcus, Karlene | 06-61016-aer7 | RS | 399.00 | |
| 3 | 34 | Maxfield, Victor Maxfield, Sandra | 06-60896-fra7 | RS | 399.00 | |
| 10 | 130 | McKinley, Kelly C | 07-61659-aer7 | TT | 599.00 | |
| 5 | 66 | McLeod, Robert | 06-62331-aer7 | RS | 499.00 | |
| 4 | 63 | Meissner, Darrell Meissner, Glow | 06-60582-fra7 | TH | 499.00 | |
| 1 | 4 | Miller, Guy Miller, Shelley | 06-60091-aer7 | RS | 599.00 | |
| 4 | 55 | Moore, Don | 06-61561-fra7 | TH | 399.00 | |
| 4 | 58 | Moore, Julie | 06-61709-fra7 | RS | 499.00 | |
| 5 | 71 | Morris, Sharon | 06-62539-fra7 | TH | 499.00 | |
| 7 | 86 | Nason, Kenneth Nason, Debbie | 07-60298-fra7 | TH | 599.00 | |
| 4 | 48 | Nichols, Cheryl | 06-61306-aer7 | RS | 699.00 | |
| 9 | 120 | Northrup, Darren Northrup, JoAnna | 07-60993-fra7 | RS | 399.00 | |
| 1 | 5 | Ortega, Carol | 06-60105-aer7 | TH | 275.00 | |
| 2 | 24 | Orton, Eddie Orton, Phyllis | 06-60623-aer7 | TH | 599.00 | |
| 8 | 109 | Parker, Marci | 07-60609-aer13 | FL | 899.00 | |
| 2 | 17 | Paulk, Jacinta | 06-60520-aer7 | TT | 349.00 | |
| 2 | 19 | Petersen, Frank Peterson, Ann | 06-60539-aer7 | RS | 499.00 | |
| 8 | 99 | Phillips, Casey Phillips, Jennifer | 07-60555-aer7 | TH | 499.00 | |
| 5 | 73 | Pierce, James Pierce, Evelyn | 07-60086-aer7 | TH | 599.00 | |
| 10 | 133 | Pierce, Phillip Pierce, May | 07-61160-aer7 | TH | 499.00 | |
| 1 | 7 | Plott, Stephen | 06-60147-aer7 | TT | 399.00 | |
| 7 | 97 | Pobanz, Michelle | 07-60522-aer7 | TH | 499.00 | |
| 10 | 131 | Posey, William | 07-61693-aer7 | RS | 499.00 | |
| 8 | 106 | Rifino, Rosemary | 07-60786-fra7 | RS | 599.00 | |
| 1 | 6 | Ristau, Gary Ristau, Sophia | 06-60124-aer7 | TH | 275.00 | |
| 4 | 51 | Rose, Malcolm Rose, June | 06-61386-fra7 | RS | 499.00 | |
| 4 | 61 | Ross, David | 06-61940-fra7 | RS | 499.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | 101 | Rush, Carolyn | 07-60580-aer7 | TH | 499.00 | |
| 7 | 95 | Safholm, Melissa | 07-60476-fra7 | RS | 399.00 | |
| 6 | 83 | Salgado, Luis Salgado, Linda | 07-60210-fra7 | RS | 499.00 | |
| 9 | 127 | Salagado-Juarez, Cristian O | 07-61404-aer7 | RS | 599.00 | |
| 8 | 102 | Sanchez, Daniel | 07-60596-fra7 | TH | 399.00 | |
| 9 | 118 | Saye, Cathline | 07-60973-aer7 | TH | 549.00 | |
| 4 | 49 | Schaaf, Gary | 06-61348-fra7 | TH | 399.00 | |
| 7 | 90 | Shepherd, Francis Shepherd, Katherine | 07-60362-aer7 | TH | 499.00 | |
| 9 | 121 | Sibert, James | 07-61067-aer7 | RS | 499.00 | |
| 2 | 23 | Smith, Darcy | 06-60616-fra7 | TH | 399.00 | |
| 6 | 77 | Soderberg, Michael | 07-60024-aer7 | TH | 599.00 | |
| 7 | 88 | Stahl, Michael | 07-60340-aer7 | TH | 399.00 | |
| 6 | 76 | Stanturf, Rodney | 07-60013-fra7 | RS | 300.00 | |
| 3 | 40 | Stewart, Rocky Stewart, Sara | 06-60995-fra7 | RS | 399.00 | |
| 8 | 105 | Stinson, Jeffrey Stinson, Rene | 07-60723-fra7 | RS | 599.00 | |
| 7 | 92 | Stone, Linda | 07-60424-aer7 | RS | 399.00 | |
| 1 | 3 | Tallerday, Mary | 06-60052-fra7 | TH | 599.00 | |
| 9 | 126 | Tennapel, Tammra | 07-61375-aer7 | RS | 599.00 | |
| 4 | 60 | Terry, Melinda | 06-61842-aer7 | TH | 399.00 | |
| 2 | 29 | Vaughan, Dianne | 06-60748-aer7 | RS | 499.00 | |
| 2 | 18 | White, Cynthia | 06-60535-fra7 | RS | 250.00 | |
| 6 | 75 | White, Rose B. | 07-60007-fra7 | RS | 499.00 | |
| 1 | 12 | Williams, Deborah | 06-60255-fra7 | TH | 399.00 | |
| 1 | 14 | Williams, Deborah | 06-60367-fra7 | TH | 399.00 | |
| 9 | 122 | Witcher, Joshua Woodruff, Cassandra | 07-61095-aer7 | RS | 599.00 | |
| 9 | 123 | Woolley, Allen R | 07-61174-aer7 | RS | * | Previously Paid |
| 2 | 22 | Yeager, Jackie | 06-60604-fra7 | TH | 399.00 | |
| 5 | 74 | Zwiefelhofer, Corey Zwiefelhofer, Salina | 06-60498-aer13 | FL | 899.00 | |
| | | | | | | |
| | | **TOTAL FEES** | **$55,522.00** | | | |

**Exhibit #2**

Irene Alukonis
1665 Oakpatch Road #210
Eugene, OR 97402-3205

Terri Andrews
604 Leiken Lane
Roseburg, OR 97470

April Apparcel
1912 W. Broadway
Eugene, OR 97402

David Ausmus
106 ½ Bauer Lane
Eugene, OR 97404-3105

Stephen & Sheri Barclay
1814 Trails End Lane
Sutherlin, OR 97479

Janice Bardwell
90892 Diamond Ridge Loop
Eugene, OR 97408

Karen & Ervin Barlow
85961 Edenvale Rd #5
Pleasant Hill, OR 97455

James & Sadonna Beaver
1100 Taylor Avenue
Cottage Grove, OR 97424-2744

Alma Benitez
1140 Stevi Shay Lane
Eugene, OR 97401-5002

Richard & Tamra Blackwell
1617 Adkins
Eugene, OR 97401-5002

Janet Bleeker
1085 Surrey Lane
Eugene, OR 97402

Rocky & Delyn Bounds
784 Ivy Street
Eugene, OR 97404-2234

**Exhibit #2**

Jeremy & Megan Bowden
141 Kermanshah Street
Roseburg, OR 97470-5719

Deana Bower
1519 Fetters Loop
Eugene, OR 97402

Joey Braden
150 S 2nd Street #207
Coos Bay, OR 97420

Mathew & Jennifer Bryant
558 U Street
Springfield, OR 97477

Alan Brown
93590 Hwy 99 S #6
Junction City, OR 97488-9705

Thomas Budd
2794 Portland Street
Eugene, OR 97405-3223

Marsha Burwell
2350 N. Terry #113
Eugene, OR 97402

Danny & Loretta Cagle
20960 Curtis Road
Harrisburg, OR 97446

John Casten
1472 Wilson Court
Eugene, OR 97402-3357

Theresa Chenoweth
P.O. Box 70722
Eugene, OR 97401-0135

Patrick & Sabrina Clocksin
4614 Marshall Avenue
Eugene, OR 97402-1417

Linda Cortez
235 SW Kalamia #C
Junction City, OR 97448

**Exhibit #2**

Lorna Crider
3417 Stark Street
Eugene, OR 97404

Connie Curl
6434 A Street
Springfield, OR 97478

Minnie Daggs
945 Olympic Street
Springfield, OR 97477-3183

Christopher Denson
P.O. Box 581
Myrtle Creek, OR 97457

Lisa Dinneen
1825 SE Eddy Street
Roseburg, OR 97470-4124

Tori A. Dixon
6730 Aster Street
Springfield, OR 97478

Brenda Enockson
907 Lochaven Avenue
Springfield, OR 97477-1951

Roy & Amanda Fister
36873 Road I.8 NE
Coulee City, WA 99115

Stephanie Garrelts
999 N. Cloverdale Loop
Springfield, OR 97477-1104

Steven Gawrylow
5281 Leota Street
Springfield, OR 97478-6258

Holley & Kimberley Gilmore
948 S. 6th Street
Cottage Grove, OR 97424

Richard & Socorra Grace
24753 Dawn Court
Veneta, OR 97477

**UST Mailing List – Page 3 of 10**

**Exhibit #2**

Melody Gronsdahl
25834 Vern Lane
Veneta, OR 97487-9636

George Grumbley
4475 Daisy #34
Springfield, OR 97478-6652

David Gum
602 S. 41st Street
Springfield, OR 97478-7566

Emily Guy
1574 Calistoga Ct
Eugene, OR 97402

Melissa Hackathorn
922 19th Street
Springfield, OR 97477

Diana Hall
1001 Brookside Drive
Eugene, OR 97405-4913

Ronald Hansen
P.O. Box 22904
Eugene, OR 97402

Jeffrey & Karrie Hewitt
576 64th Street
Springfield, OR 97478

Braydon Hildenbrand
1021 Alameda Avenue
Roseburg, OR 97470

Rick & Robbi Hill
1310 Willagillespie Road
Eugene, OR 97401-1825

Laura Hubbard
3612 W 18th Avenue #6
Eugene, OR 97402-2928

Heather Hughes
1140 19th Street, Apt 29
Myrtle Point, OR 97458

**Exhibit #2**

Norman & Michele Hughes
1800 Lakewood Court #77
Eugene, OR 97402

Daniel A. Hull
P.O. Box 947
Cottage Grove, OR 97424

Michael Johnson
2010 Lindberg
Coos Bay, OR 97420

Kim Kent
2422 Willakenzie Road, Apt #3
Eugene, OR 97401

James & Pamela Kingery
491 Division Avenue
Eugene, OR 97404

Shawn Kochen
P.O. Box 181
Veneta, OR 97487

Vincent & Teresa LaBarbera
4597 Larkwood Street
Eugene, OR 97405

Annemarie Lane
4885 Judy Court #C
Prescott Valley, AZ 86314

MaryAnn Latta
775 Kings Row
Creswell, OR 97426

Tony Leeds
361 E. 14th Avenue #31
Eugene, OR 97401

Ruby Lethcoe
1141 ½ Main Street
Springfield, OR 97477

Rebekah Lynch
1851 Madrona Street
North Bend, OR 97459

**Exhibit #2**

Karlene Marcus
4637 Jasper Road
Springfield, OR 97478

Victor & Sandra Maxfield
44221 McKenzie Hwy
Walterville, OR 97489

Kelly C. McKinley
1295 N. Irving Street
Coquille, OR 97423

Robert McLeod
4885 Aster Street #133
Springfield, OR 97478

Darrell & Glow Meissner
37 V Street
Springfield, OR 97477

Guy & Shelley Miller
P.O. Box 188
Elmira, OR 97437

Don Moore
408 B Street #B
Phoenix, OR 97535

Julie Moore
655 Rowan Avenue
Springfield, OR 97477-3558

Sharon Morris
920 Billings Rd
Springfield, OR 97478

Kenneth & Debbie Nason
P.O. Box 71
Vida, OR 97488

Cheryl Nichols
2535 Willakenzie #2
Eugene, OR 97410

Darren & JoAnna Northrup
530 Gilfry Avenue
Creswell, OR 97426-9617

**Exhibit #2**

| |
|---|
| Carol Ortega<br>1144 Valley River Drive<br>Eugene, OR 97401-1857 |
| Eddie & Phyllis Orton<br>626 N. 52nd<br>Springfield, OR 97478 |
| Marci R. Parker<br>324 Hope Loop<br>Eugene, OR 97402 |
| Jacinta Paulk<br>2915 Meridian Court<br>Anacortes, WA 98221 |
| Frank & Ann Petersen<br>713 State Hwy BB<br>Crane, MO 65633 |
| Casey & Jennifer Phillips<br>2470 Pheasant Blvd, Apt #27<br>Springfield, OR 97477 |
| James & Evelyn Pierce<br>3960 W Amazon<br>Eugene, OR 97405 |
| Phillip & May Pierce<br>1127 Ohio Street<br>North Bend, OR 97459 |
| Stephen Plott<br>780 Umpqua View Drive<br>Roseburg, OR 97470 |
| Michelle Pobanz<br>2190 Delta Street<br>Eugene, OR 97402 |
| William Posey<br>P.O. Box 507<br>Myrtle Creek, OR 97457 |
| Rosemary Rifino<br>743 Crest Lane<br>Springfield, OR 97477 |

**UST Mailing List – Page 7 of 10**

**Exhibit #2**

Gary & Sophia Ristau
210 S. 10th Street
Monroe, OR 97456

Malcolm & June Rose
1583 Kelly Blvd
Springfield, OR 97477-2705

David Ross
85961 Edenvale Road #14
Pleasant Hill, OR 97455

Carolyn Rush
34956 Seavey Loop #2
Eugene, OR 97403

Melissa Safholm
3995 Hampshire Lane
Eugene, OR 97404

Luis & Linda Salgado
5368 E Street
Springfield, OR 97478-6194

Cristian O. Salgado-Juarez
580 Hunsaker Lane
Eugene, OR 97406

Daniel Sanchez
3820 Oregon Avenue
Springfield, OR 97478

Catherine Saye
1085 Surrey Lane
Eugene, OR 97402

Gary Schaaf
2135 Grant Street
Eugene, OR 97405-1571

Francis & Katherine Shepherd
806 Pruner Road
Riddle, OR 97469

James Sibert
1579 6th Street
Springfield, OR 97477

**UST Mailing List – Page 8 of 10**

**Exhibit #2**

Darcy Smith
7795 W. Riverbend Road
Crystal River, FL 34428-7158

Michael Soderberg
6997 B Street
Springfield, OR 97478-7247

Michael & Leslie Stahl
27138 Stow Pit Road
Monroe, OR 97456

Rodney Stanturf
290 Azalea Drive
Eugene, OR 97404

Rocky & Sara Stewart
3092 Delta Pines Dr
Eugene, OR 97408

Jeffrey & Rene Stinson
1850 Labona
Eugene, OR 97404

Linda Stone
5208 F Street
Springfield, OR 97478-6167

Mary Tallerday
30005 Hwy 99E
Shedd, OR 97377

Tammra Tennapel
2145 Minnesota Street
Eugene, OR 97402

Melinda Terry
774 W. 11th Avenue #3
Eugene, OR 97402

Dianne Vaughan
1728 Ferry Street #26
Eugene, OR 97401-4170

Cynthia White
2017 48th Avenue SE
Albany, OR 97322

**Exhibit #2**

Rose B. White
7345 B Street
Springfield, OR 97478-7277

Deborah K. Williams
5040 E Street #11
Springfield, OR 97478

Joshua Witcher
Cassandra Woodruff
P.O. Box 732
Marcola, OR 97454

Jackie Yeager
90010 Prairie Road
Eugene, OR 97402

Corey & Salina Zwiefelhofer
380 Miguel St
Roseburg, OR 97470